## No. 09-10903. In re Debora Townsend, Petitioner.

562 U.S. 1124, 131 S. Ct. 851, 178 L. Ed. 2d 582, 2010 U.S. LEXIS 9603.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 826, 131 S. Ct. 119, 178 L. Ed. 2d 259, 2010 U.S. LEXIS 7674.

## No. 09-11221. Azewen-Jik Kante, Petitioner v. Nike, Inc.

562 U.S. 1124, 131 S. Ct. 851, 178 L. Ed. 2d 582, 2010 U.S. LEXIS 9614.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 868, 131 S. Ct. 162, 178 L. Ed. 2d 96, 2010 U.S. LEXIS 6678.

## No. 09-11394. Roger Charles Menner, Petitioner v. United States.

562 U.S. 1125, 131 S. Ct. 851, 178 L. Ed. 2d 582, 2010 U.S. LEXIS 9616.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 878, 131 S. Ct. 191, 178 L. Ed. 2d 114, 2010 U.S. LEXIS 6810.

## No. 09-11522. Alexander M. Introcaso, Petitioner v. Patrick L. Meehan, et al.

562 U.S. 1125, 131 S. Ct. 852, 178 L. Ed. 2d 582, 2010 U.S. LEXIS 9605.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 885, 131 S. Ct. 214, 178 L. Ed. 2d 129, 2010 U.S. LEXIS 6990.

## No. 09-11529. Julio Eliezer Ortiz, Sr., Petitioner v. Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al.

562 U.S. 1125, 131 S. Ct. 852, 178 L. Ed. 2d 582, 2010 U.S. LEXIS 9598.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 886, 131 S. Ct. 216, 178 L. Ed. 2d 130, 2010 U.S. LEXIS 7013.

## No. 09-11546. In re James Mitchell, aka Wamel Allah, Petitioner.

562 U.S. 1125, 131 S. Ct. 852, 178 L. Ed. 2d 582, 2010 U.S. LEXIS 9599.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 825, 131 S. Ct. 218, 178 L. Ed. 2d 256, 2010 U.S. LEXIS 7815.

## No. 10-144. James D. Schneller, Petitioner v. Able Home Care Inc., et al.

562 U.S. 1125, 131 S. Ct. 852, 178 L. Ed. 2d 582, 2010 U.S. LEXIS 9601.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 895, 131 S. Ct. 322, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6668.